JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROMIK GHAZARIAN,

                                    Petitioner,

                    v.

WARDEN et al,

                                    Respondent.

Case No. 5:26-cv-02463-MAR

JUDGMENT

Pursuant to the Order Granting Petition for Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **GRANTED**.  Respondents are **ORDERED** to immediately release Petitioner **Romik Ghazarian (A-number 077-639-677)** and not re-detain Petitioner without compliance with the Fifth Amendment, 8 C.F.R. § 241.4, 8 C.F.R. § 241.13(i), and 8 U.S.C. § 1231(a)(1)(A).

Dated: June 11, 2026

_____
HONORABLE MARGO A. ROCCONI
United States Magistrate Judge